## CERTIFICATE OF SERVICE

I, Bruce Grohsgal , hereby certify that on this  6TH  day of March 2005, I caused a true and correct copy of the foregoing *Notice Of Agenda Of Matters Set For Scheduling Conference On  May 13, 2005 At 8:30 a.m.*, to be served on the individuals on the attached service lists in the manner indicated herein.

_____
Bruce Grohsgal (Bar No. 3583)

13037-001\DOCS_DE:106490.2

**Caribbean Petroleum Adversaries**
Service List for May 13, 2005 Scheduling Conference
Document Number 107813
18 – First Class Mail

**First Class Mail**
(Counsel for Universal Chemical)
Angel L. Rivera Colon, Esquire
PO Box 29706
San Juan, PR  00929-0706

**First Class Mail**
(Counsel for Solares & Co., Inc.)
Marla Eskin, Esquire
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

**First Class Mail**
(Counsel for Popular Inc.)
Ian Lindley, Esquire
Buchanan Ingersoll
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

**First Class Mail**
(Counsel for The Canada Life Insurance)
William Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

**First Class Mail**
(Counsel for Wackenhut PR Inc.)
David R. Softness, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL  33131

**First Class Mail**
(Counsel for Camioneros Cooperative)
Irving K. Hernandez-Valls, Esquire
1002 Munoz Rivera Avenue, Suite 208
San Juan, PR  00927

**First Class Mail**
(Counsel for A.I. Credit Corp.)
Joe Handlon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

**First Class Mail**
(Counsel for Ponce Maintenance)
Ivette M. Berrios Hernandez, Esquire
PMB 165, 400 Calle Calaf
San Juan, PR  00918

**First Class Mail**
(Counsel for McConnell)
Joseph H. Huston, Jr., Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**First Class Mail**
(Counsel for Centennial PR)
Tony Wolk, Senior VP, General Counsel
Centennial Communications Corp.
3349 Route 138, Building A
Wall, NJ  07719

**First Class Mail**
(Counsel for Centennial PR)
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Counsel for Texaco Industries)
Karen Bifferato, Esquire
Marc Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**First Class Mail**
(Counsel for American Express)
Allen C. Tucci, Esquire
Smith, Giacometti & Chikowski, LLC
901 North Market Street, Suite 840
Wilmington, DE  19801

**First Class Mail**
(Counsel for Industrial Hydrovac)
Hector Mendez Loucil, Esquire
P. O. Box 336191
Ponce, PR  00733-6494

**First Class Mail**
(Counsel for Gulf Chemical Corp. and First International )
Stephen Gordon, Esquire
Gordon Haley LLP
101 Federal Street, Suite 17
Boston, MA  02110

**First Class Mail**
LL Mechanical Contractor
Attn: CEO/ President
Meadows Biz San Patricio
Guaynabo, PR  00968

**Fist Class Mail**
LL Mechanical Contractor
Atn: CEO/ President
Meadows B-12 San Patricio
Guaynabo, PR  00968